The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MOHAMMED SABBAGHI<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL CHERTOFF, Secretary, Dept. of Homeland Security, and JULIA HARRISON, Seattle Field Office Director, U.S. Citizenship and Immigration Services<br><br>      Defendants. | **NO. C08-01641-TSZ**<br><br>**UNITED STATES' MOTION TO EXTEND TIME TO ANSWER PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(Noted for Consideration on January 9, 2009, Pursuant to Local Rule 7(d)(2)) |

COME NOW the Defendants, Michael Chertoff and Julia Harrison, by and through their counsel, Gregory G. Katsas, Assistant Attorney General at the United States Department of Justice, J. Max Weintraub, Senior Litigation Counsel for said agency, and Stacey I. Young, Trial Attorney for said agency, and move pursuant to Fed.R.Civ.P. 16(b)(4), to extend the deadline to answer, plead, or otherwise respond to Plaintiff's complaint.

Plaintiff filed his complaint on November 10, 2008 (Dkt. #1). The current deadline by which Defendants must answer, plead, or otherwise respond to the complaint is January 9, 2009. As a result of office closures due to weather, local counsel at the United States Citizenship and Immigration Services has been unable to file the administrative record, which Defendants' counsel needs to respond properly to Plaintiff's complaint. Thus, Defendants request a 30-day extension, so that their response would be due on February 10, 2009.

UNITED STATES' MOTION TO
EXTEND DEFENDANTS' TIME TO ANSWER,
PLEAD, OR OTHERWISE RESPOND
(C08-01641-TSZ)

OFFICE OF IMMIGRATION LITIGATION
CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044 TELEPHONE NO. (202) 305-7171

Defendants also request this additional amount of time in light of the undersigned's large litigation docket. At or about the same time the undersigned was assigned to prepare the Government's response in this case, she was also assigned and prepared, or will prepare, principal briefs or arguments in: <u>Singh v. Cicchi, et al.</u>, No. 08-3436 (3d Cir.); <u>Salinas-Gonzalez v. Godfrey, et al.</u>, No. 05-36007 (9th Cir.), <u>Dajian Ni v. United States Citizenship and Immigration Services</u>, No. 08-03883 (Central Dist. of CA); and <u>Neves v. United States</u>, No. 07-1091 (E. Dist. of MA).

Thus, Defendants respectfully request that the Court stay the deadline to answer, plead, or otherwise respond to Plaintiff's complaint to February 10, 2009.[1]

DATED this 31st day of December, 2008.

Respectfully submitted,

GREGORY G. KATSAS
United States Department of Justice
Assistant Attorney General
J. MAX WEINTRAUB
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
District Court Section

 /s Stacey I. Young
STACEY I. YOUNG  DCBA #499324
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone No. (202) 305-7171
Fax No. (202) 305-7000
E-mail   stacey.young@usdoj.gov
Attorneys for United States

---

[1] Plaintiff's counsel, Bart Klein, Esq., indicated by e-mail on December 30, 2008, that he opposes Defendants' request for an extension.

UNITED STATES' MOTION TO
EXTEND DEFENDANTS' TIME TO ANSWER,
PLEAD, OR OTHERWISE RESPOND
(C08-01641-TSZ)

OFFICE OF IMMIGRATION LITIGATION
CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 878, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044TELEPHONE NO. (202) 305-7171

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Western District of Washington and is a person of such age and discretion as to be competent to serve papers;

It is further certified that on December 31, 2008, I electronically filed the United States' Motion to Extend Defendants' Time to Answer, Plead, or Otherwise Respond with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Bart Klein          bart.klein@bartklein.com

I further certify that on December 31, 2008, I mailed by United States Postal Service the United States' Motion to Extend Defendants' Time to Answer, Plead, or Otherwise Respond to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

- 0 -

Dated this 31st day of December, 2008.

/s/ Amy Hanson
AMY HANSON, Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:   (206) 553-4067
E-mail: amy.hanson@usdoj.gov

UNITED STATES' MOTION TO
EXTEND DEFENDANTS' TIME TO ANSWER,
PLEAD, OR OTHERWISE RESPOND
(C08-01641-TSZ)

Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044 Telephone No. (202) 305-7171