The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMMED SABBAGHI<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security, and JULIA HARRISON, Seattle Field Office Director, U.S. Citizenship and Immigration Services<br><br>Defendants. | **NO. C08-01641**<br><br>**PLAINTIFF'S OPPOSITION TO U.S.'S MOTION TO EXTEND TIME TO ANSWER, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Noted for Consideration on January 9, 2009 |

COME NOW the Plaintiff, Mohammed Sabbaghi, by and through his counsel, Bart Klein, and opposes Defendants' motion pursuant to Fed.R.Civ.P. 16(b)(4), to extend the deadline to answer, plead, or otherwise respond to Plaintiff's complaint.

The United States Citizenship and Immigration Services has been required to file the administrative record since April 18, 2006, sixty days after the filing of the first naturalization case in this matter (Sabbaghi v. Gonzalez et. al., C06-024 6RSL) and since April 2, 2008, sixty days after filing the second naturalization case in this matter (Sabbaghi v. Mukasey et.al., C06-0168 RSL). This action is the third naturalization filing. No administrative record yet. In fact, of the 240 naturalization and immigration cases filed by this counsel in this Court since November 2005, the USCIS has yet to file the administrative case by the 60th day. Judge Jones of this Court is so tired of this counsel filing motions for summary judgement in such cases without citation to the administrative record (since none

PLAINTIFF'S OPPOSITION TO MOTION
TO EXTEND TIME TO ANSWER...
Case No. C08-01641-TSZ
bart.klein@bartklein.com

LAW OFFICES OF BART KLEIN
605 First Avenue, Suite 500
Seattle, Washington 98104
(206) 624-3787/624-6371 fax

1

had been filed by the 60th day), that on his own motion, has ordered to the Defendants to file the administrative record by a date certain, and then a 2 week opportunity for this counsel to object to any filing. Dkt. 10, especially footnote 1, *Woldemichael v. Mukasey*, C007-1099RAJ dated 11/06/2008.

Defendants' counsel has the administrative record from the previous actions and with the naturalization denial filed with this third action, is fully capable in filing an answer and pleading. It is about time that the USCIS follows the rule of law and APA practice. In the last six District Court actions, USCIS in Seattle has required the appearance of plaintiffs for 5 hour interviews with 2-7 days' notice, the latest case begin interviewed on January 7, 2009. Such USCIS in Seattle is capable of producing the record in one day. This motion should be denied.

DATED This 5th day of January, 2009.

s/BART KLEIN Attorney for Petitioner
BART KLEIN, WSBA # 10909
Law Offices of Bart Klein
605 First Avenue, Suite 500
Seattle, WA 98104
Telephone: 206/624-3787
Facsimile: 206/624-6371
mail to: bklein@bartklein.com;bart_bartklein@yahoo.com

CERTIFICATE OF SERVICE

I, Bart Klein, hereby certify that on June 4, 2008, I electronically filed the foregoing Plaintiff's Opposition to Federal Defendants' Motion tp Extend Time to Answer...with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant:

STACEY I. YOUNG e-mail stacey.young@usdoj.gov

I further certify that on the same date I caused to be mailed by United States Postal Service a copy of the foregoing Plaintiff's Opposition to Federal Defendants' Motion to the following non-CM/ECF participant: 0

Dated this 5th day of January, 2009.

s/ BART KLEIN
Attorney for Plaintiff
Law Offices of Bart Klein
605 First Avenue. Suite 500
Seattle, WA 98104
Telephone: (206)624-3787
Facsimile: (206)624-6371
Email: bart.klein@bartklein.com;
bart_bartklein@yahoo.com

PLAINTIFF'S OPPOSITION TO MOTION            LAW OFFICES OF BART KLEIN
TO EXTEND TIME TO ANSWER...                 605 First Avenue, Suite 500
Case No. C08-01641-TSZ                      Seattle, Washington 98104
bart.klein@bartklein.com                    (206) 624-3787/624-6371 fax

2