| | |
|---|---|
| | The Honorable Thomas S. Zilly |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| MOHAMMED SABBAGHI | ) | |
| | ) | |
| Plaintiff, | ) | **NO. C08-01641-PET** |
| | ) | |
| v. | ) | **DEFENDANTS' REPLY TO** |
| | ) | **PLAINTIFFS' OPPOSITION TO** |
| | ) | **DEFENDANTS' MOTION TO EXTEND** |
| | ) | **TIME TO ANSWER, PLEAD,** |
| | ) | **OR OTHERWISE RESPOND TO** |
| | ) | **PLAINTIFF'S COMPLAINT** |
| MICHAEL CHERTOFF, Secretary, Department of | ) | |
| Homeland Security, and JULIA HARRISON, | ) | |
| Seattle Field Office Director, U.S. Citizenship and | ) | |
| Immigration Services | ) | |
| | ) | |
| Defendants. | ) | (Local Rule 7(d)(2)) |
| | ) | |

Defendants, Michael Chertoff and Julie Harrison, by and through their counsel, Gregory G. Katsas, Assistant Attorney General at the United States Department of Justice, J. Max Weintraub, Senior Litigation Counsel for said agency, and Stacey I. Young, Trial Attorney for said agency, hereby reply as follows to Plaintiff Dajian Sabbaghi's ("Sabbaghi") opposition to Defendants' motion to extend time to answer, plead, or otherwise respond to Plaintiff's complaint ("Sabbaghi's Opposition Motion").

In his Opposition Motion, Sabbaghi, without citing to any authority or order issued by this Court, claims that the United States Citizenship and Immigration Services ("USCIS") "has been required to file the administrative record since April 18, 2006, "sixty days after he filed his

DEFENDANTS' REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION TO
EXTEND DEFENDANTS' TIME TO ANSWER,
PLEAD, OR OTHERWISE RESPOND
(C08-01641-PET)

OFFICE OF IMMIGRATION
LITIGATION
CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 878,
BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 305-7171

first naturalization case with this Court" Sabbaghi's Opposition Motion (Dkt. # 4) in <u>Sabbaghi v. Chertoff, et al.</u>, (08-01641). On the contrary, this Court never specifically requested an administrative record in either of the previous two naturalization cases in this matter. <u>See</u> <u>Sabbaghi v. Gonzalez, et al.</u> (06-0246); <u>Sabbaghi v. Mukasey, et al.</u> (08-0168). Moreover, this is the first naturalization case in which Sabbaghi is requesting a de novo review of a final naturalization determination, for which an administrative record would assist the Court and the parties in preparation for the hearing. In Sabbaghi's previous naturalization cases, he challenged only USCIS's alleged failure to adjudicate his naturalization application in a timely manner; the Court's and the parties' access to the entire record was not as necessary in cases involving the review of this narrow procedural issue. <u>See</u> Sabbaghi's Complaint (Dkt. #1) in <u>Sabbaghi v. Gonzales, et al.</u> (06-0246); Sabbaghi's Complaint (Dkt. #1) in <u>Sabbaghi v. Gonzales, et al.</u> (08-0168).

Defendants require additional time to prepare the administrative record because it is more than 500 pages and includes documents that span nearly two decades. Office closures in Seattle due to weather caused delays in processing the record, of which Defendants' counsel informed Sabbaghi's counsel on December 24, 2008, and December 29, 2008.

In his opposition motion, Plaintiff ~~also~~ failed to challenge the other reason Defendants requested additional time to answer, plead, or otherwise respond to Plaintiff's complaint, which was due to the undersigned's large litigation docket. At or about the same time the undersigned was assigned to prepare the Government's response in this case, she was also assigned and prepared, or will prepare, principal briefs or arguments in: <u>Singh v. Cicchi, et al.</u>, No. 08-3436 (3d Cir.); <u>Salinas-Gonzalez v. Godfrey, et al.</u>, No. 05-36007 (9th Cir.); <u>Sabbaghi v. Chertoff, et al.</u>, No. 08-01641 (C. Dist. of CA); <u>Dajian Ni v. United States Citizenship and Immigration Services</u>, No. 08-03883 (Central Dist. of CA); <u>Hlavinka v.United States Citizenship and Immigration</u>, No. 09-00003 (Dist. of OR); and <u>Neves v. United States</u>, No. 07-1091 (E. Dist. of MA).

Thus, Defendants respectfully request that the Court stay the deadline to answer, plead, or

DEFENDANTS' REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION TO
EXTEND DEFENDANTS' TIME TO ANSWER,
PLEAD, OR OTHERWISE RESPOND
(C08-01641-PET)

OFFICE OF IMMIGRATION LITIGATION
CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 878,
BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 305-7171

otherwise respond to Plaintiff's complaint to February 10, 2009.

DATED this 9th day of January, 2008.

Respectfully submitted,

GREGORY G. KATSAS
United States Department of Justice
Assistant Attorney General
J. MAX WEINTRAUB
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
District Court Section


/s Stacey I. Young
STACEY I. YOUNG  DCBA #499324
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone No. (202) 305-7171
Fax No. (202) 305-7000
E-mail   stacey.young@usdoj.gov
Attorneys for United States

DEFENDANTS' REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION TO
EXTEND DEFENDANTS' TIME TO ANSWER,
PLEAD, OR OTHERWISE RESPOND
(C08-01641-PET)

OFFICE OF IMMIGRATION
LITIGATION
CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 878,
BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 305-7171

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I, Stacey Young, hereby certify that on January 9, 2009, I electronically filed the foregoing Defendants' Reply to Plaintiff's Opposition to Federal Defendants' Motion tp Extend Time to Answer, Plead, or Otherwise Respond to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant: |
| 5 | BART KLEIN, e-mail bart.klein@bartklein.com |
| 6 | Dated this 9th day of January, 2009. |
| 7 | /s/ Stacey I. Young |
| | STACEY I. YOUNG |
| 8 | Trial Attorney |
| | Office of Immigration Litigation |
| 9 | Civil Division |
| | U.S. Department of Justice |
| 10 | P.O. Box 878, Ben Franklin Station |
| | Washington, D.C. 20044 |
| 11 | Telephone No. (202) 305-7171 |
| | Fax No. (202) 305-7000 |
| 12 | E-mail stacey.young@usdoj.gov |

DEFENDANTS' REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANTS' MOTION TO
EXTEND DEFENDANTS' TIME TO ANSWER,
PLEAD, OR OTHERWISE RESPOND
(C08-01641-PET)

OFFICE OF IMMIGRATION
LITIGATION
CIVIL DIVISION
U.S. DEPARTMENT OF JUSTICE
P.O. BOX 878,
BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 305-7171