The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHAMMED SABBAGHI<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security, and JULIA HARRISON, Seattle Field Office Director, U.S. Citizenship and Immigration Services<br><br>Defendants. | NO. C08-01641<br>**SURREPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO U.S.'S MOTION TO EXTEND TIME TO ANSWER, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

COME NOW the Plaintiff, Mohammed Sabbaghi, by and through his counsel, Bart Klein, and submits this Surreply to Defendents' Reply to Plaintiff's Opposition to Defendants' motion pursuant to Fed.R.Civ.P. 16(b)(4), to extend the deadline to answer, plead, or otherwise respond to Plaintiff's complaint.

The previous two naturalization actions with this Plaintiff were Petitions for Naturalization Hearing and Court Grant of Naturalization pursuant to 8 U.S.C. 1447(b). In addition to jurisdiction under 8 U.S.C. 1447(b), jurisdiction under the APA was alleged. See <u>Sabbaghi v. Gonzalez et. al.</u>, C06-024 6RSL; <u>Sabbaghi v. Mukasey et.al.</u>, C08-0168 RSL   They were not actions just limited to procedural matters.

PLAINTIFF'S SURREPLY TO MOTION
TO EXTEND TIME TO ANSWER...
Case No. C08-01641-TSZ
bart.klein@bartklein.com

LAW OFFICES OF BART KLEIN
605 First Avenue, Suite 500
Seattle, Washington 98104
(206) 624-3787/624-6371 fax

1

APA §706 requires court to consider the "whole record." LR 79(h) requires agency to file the administrative record when they answer, which is within 60 days of the filing of the petition. The "whole record" was first due to be filed with the Court on April 18, 2006.

Whether the action is a Petition for Review of Naturalization Denial **or** Petition for Naturalization Hearing After Failure of USCIS To Make a Naturalization Application Determination Within 120 Day of Naturalization Examination Pursuant to 8 U.S.C. 1447(b), the Court has the power to grant a de novo hearing and grant naturalization. In addition, this Court regularly grants summary judgement judicial naturalization with 8 U.S.C. 1447 (b) jurisdiction, and obviously the "whole file" is needed to make such naturalization grants. See Bougai v. Mukasey, C08-624RSL and most recently on January 6, 2008, Khan v. Chertoff, C08-1448 RSM.

Defendants makes unsupported claims that the Seattle USCIS is unable to provide the "whole file." No affidavit or statement has been attached by USCIS since such USCIS is totally capable to produce such file in one day. On Wednesday, three senior adjudicators, including Adjudicator Susan Walk, who normally provides such statements for the Seattle USCIS, interviewed another of counsel's clients who had filed a naturalization action in this Court (Maarouf v. Mukasey, C08-1345RSL). Clearly one such adjudicator could have instead prepared this file's "whole record."

DATED This 9th day of January, 2009.

s/BART KLEIN Attorney for Petitioner
BART KLEIN, WSBA # 10909
Law Offices of Bart Klein
605 First Avenue, Suite 500
Seattle. WA 98104
Telephone: 206/624-3787
Facsimile: 206/624-6371
mail to: bklein@bartklein.com;bart_bartklein@yahoo.com

CERTIFICATE OF SERVICE

I, Bart Klein, hereby certify that on January 9, 2009, I electronically filed the foregoing Plaintiff's Surrely...with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant:
STACEY I. YOUNG e-mail stacey.young@usdoj.gov

I further certify that on the same date I caused to be mailed by United States Postal Service a copy of the foregoing Plaintiff's Surreply... to the following non-CM/ECF participant: 0
Dated this 9th day of January, 2009.

s/ BART KLEIN

PLAINTIFF'S SURREPLY TO MOTION　　　　　　　LAW OFFICES OF BART KLEIN
TO EXTEND TIME TO ANSWER...　　　　　　　　605 First Avenue, Suite 500
Case No. C08-01641-TSZ　　　　　　　　　　　Seattle, Washington 98104
bart.klein@bartklein.com　　　　　　　　　　(206) 624-3787/624-6371 fax

2

Attorney for Plaintiff
Law Offices of Bart Klein
605 First Avenue. Suite 500
Seattle, WA 98104
Telephone: (206)624-3787
Facsimile: (206)624-6371
Email: bart.klein@bartklein.com; bart_bartklein@yahoo.com

PLAINTIFF'S SURREPLY TO MOTION  LAW OFFICES OF BART KLEIN
TO EXTEND TIME TO ANSWER...  605 First Avenue, Suite 500
Case No. C08-01641-TSZ  Seattle, Washington 98104
bart.klein@bartklein.com  (206) 624-3787/624-6371 fax

3