# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MOHAMMED SABBAGHI,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, Dept. Of Homeland Security, and JULIA HARRISON, Seattle Field Office Director, U.S. Citizenship and Immigration Services,<br><br>　　　　　　　　Defendants. | C08-1641Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　(1)　For good cause shown, defendants' motion to extend time to answer or otherwise respond, docket no. 3, is GRANTED. Defendants shall answer or otherwise respond to plaintiff's complaint by February 10, 2009.

　　(2)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 9th day of January, 2009.

　　　　　　　　　　　　　　　　BRUCE RIFKIN, Clerk

　　　　　　　　　　　　　　　　　　　s/ Claudia Hawney
　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　Claudia Hawney
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER　1–