IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

MOHAMMED SABBAGHI,

    Petitioner,

v.

JANET NAPOLITANO, Secretary, Department of Homeland Security, **ROBIN OKI**, Acting Seattle Filed Director, United States Citizenship and Immigration Services,

    Respondents.

Case No.C08-1641-TSZ

PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, REPLY TO RESPONDENT'S OPPOSITION TO MOTION FOR DE NOVO REVIEW OF NATURALIZATION DENIAL

NOTED FOR MOTION CALENDER: August 14, 2009

## I. INTRODUCTION

Petitioner Mohammed Sabbaghi, through undersigned counsel, hereby incorporates his July 23, 2009 Motion for De Novo Review of Naturalization Denial (dkt. #17), as his Response/Opposition to Respondent's Motion for Summary Judgement. Respondents have viewed such Motion for De Novo Review of Naturalization Denial as Petitioner's Opposition/Response to Respondents' Motion for Summary Judgment, and submitted a Reply (also stated as Opposition to Petitioner's Motion for De Novo Review). Dkt. #18.

PETITIONER'S OPPOSITION TO SUMMARY JUDGEMENT
AND REPLY MOTION FOR DE NOVO REVIEW
SABBAGHI v .NAPOLITANO
C08-1651-TSZ
Page 1 of 5

LAW OFFICES OF BART KKLEIN
605 First Avenue South, Suite 500
Seattle, WA 98104
Phone: (206)624-3787/624-6371 fax
bart.klein@bartklein.com (206)755-5651 cell

Petitioner wishes to reply to such Opposition to Petitioner's Motion for De Novo Review, and requests, pursuant to the Court's local rules, permission to file such a Reply. Contrary to Respondents assertion, nothing prevents counsel from filing the Motion for De Novo Review of Naturalization Denial which may be viewed, and was so viewed by Respondents, as the Opposition to the Respondent's Summary Judgment Motion. To the extent that this Court allows either Reply, counsel for Petitioner argues as follows:

## ARGUMENT

Again, respondents have yet to find one case where a civil dispute was sufficient to deny naturalization. And contrary to respondents description of *Nyari v. Napolotano*, 582 F3d 916 (8th Cir. 2009), in that case the Virginia Department of Social Services "founded," after administrative hearing, that Mr. Nyari had sexually abused his children and put him in a central registry. Such "founding" and placement in a central registry was not sufficient by the 8th Circuit to deny naturalization on summary judgment. As the 8th Circuit ruled, "8 U.S.C. 1421 ( c) requires a district court to subject a denial of a naturalization application to de novo review, to 'make its own findings,' and to 'conduct a hearing' if requested by the applicant. We are aware of no case law—and the government concedes that there is none—in which a court reviewing a denial of a naturalization application has found that the applicant was not a person of good moral character based on the outcome of a civil administrative proceedings."

Likewise, respondents failed to define "unlawful acts" [8 C.F.R. 316.10(b)(3)(iii)] as findings of a civil proceeding. Not one case is cited for the proposition that a finding of a civil court or administrative proceeding meets the definition of "unlawful act." As petitioner makes clear in his Motion for De Novo Hearing, there is not one question on form N-400 that deals with civil disputes, and defendants in their Reply no longer allege that petitioner lied regarding such matters.

Respondents do continue to allege that business was conducted with the LLC, but fail to present documentation that any business was conducted, and fail to acknowledge the opinion letter of tax counsel that the LLC is just a shell with no business and no tax filings, set up to protect from harmful actions of Dr. Aflaooni. L429-430. And again, to declare that there are two managers of the LLC is an exaggeration again. The other manager is Dr. Anna Mr. Giustozzi, petitioner's wife. L422-424. She obtained a restraining order against Dr. Aflaooni in that civil matter of issue in this case. Thus, respondent did not lie regarding any other business.

Finally, respondent has presented, in his Motion for De Novo Review, his reason for the pause regarding the oath, as supported by the texts that he brought to the hearing. It is for this Judge to evaluate the credibility of his statement during de novo review. It is well established that courts should neither weigh evidence nor make credibility determinations when ruling on a motion for summary judgment. There are no allegations of new "sham issues," to form the basis of summary judgment. Respondents in their Reply acknowledge that "[t]he lines to which Sabbaghi refers [in his denial of the CIS "facts"], however, reflect nothing more that a recitation of answers Sabbaghi provided during his naturalization interviews."

## CONCLUSION

Summary Judgment is not appropriate procedure in a Request for De Novo Review of Naturalization Denial. Naturalization Petitioners get their day in Federal Court (especially considering that before 1990, only a court could naturalize an applicant, and in some parts of the country, such as Los Angeles, only the Federal Court naturalizes applicants), especially in such a case as this where every "alleged" fact is in dispute, and the government presents a basis for naturalization denial that has yet to be accepted by

PETITIONER'S OPPOSITION TO SUMMARY JUDGEMENT
AND REPLY MOTION FOR DE NOVO REVIEW
SABBAGHI v .NAPOLITANO
C08-1651-TSZ
Page 3 of 5

LAW OFFICES OF BART KKLEIN
605 First Avenue South, Suite 500
Seattle, WA 98104
Phone: (206)624-3787/624-6371 fax
bart.klein@bartklein.com (206)755-5651 cell

even one Court in the nation.  Thus this summary judgment action of respondents' counsel was frivolous and a waste of this Court's time.

Respectively submitted this 10th day of August, 2009.

<pre>
                                    s/ BART KLEIN
                                    Attorney for Plaintiff
                                    Law Offices of Bart Klein
                                    605 First Avenue. Suite 500
                                    Seattle, WA  98104
                                    Telephone:    (206)624-3787
                                    Facsimile:    (206)624-6371
                                    mail to: bart.klein@bartklein.com;
                                     bart_bartklein@yahoo.
</pre>

CERTIFICATE OF SERVICE

I, Bart Klein, hereby certify that on  August 10, 2009, I electronically filed the foregoing Petitioner's Opposition To   Respondent's Motion For   Summary Judgment, Or In The Alternative, Reply To Respondent's Opposition To  Motion For De Novo Review Of Naturalization Denial with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant:

Stacey I. Young
Trial Attorney
USDOJ, OIL
District Court Section
P.O. Box 868, Ben Franklin Station
WA, DC  20055
(206) 305-7171
Email: Stacey.young@usdoj.gov

I further certify that on the same date I caused to be mailed by United States Postal Service a copy of the foregoing to the following non-CM/ECF participant:

-0-

1    Dated this 10th day of August, 2009.

2 <u>s/</u> BART KLEIN
Attorney for Plaintiff
3 Law Offices of Bart Klein
605 First Avenue. Suite 500
Seattle, WA 98104
4 Telephone: (206)624-3787
Facsimile: (206)624-6371
5 mail to: bart.klein@bartklein.com;
bart_bartklein@yahoo.

PETITIONER'S OPPOSITION TO SUMMARY JUDGEMENT    LAW OFFICES OF BART KKLEIN
AND REPLY MOTION FOR DE NOVO REVIEW          605 First Avenue South, Suite 500
SABBAGHI v .NAPOLITANO                              Seattle, WA 98104
C08-1651-TSZ                                       Phone: (206)624-3787/624-6371 fax
Page 5 of 5                                          bart.klein@bartklein.com (206)755-5651 cell